

*filed,* (U.S. Jan. 9, 2006) (No. 8662). Accordingly, we dismiss this argument for lack of appellate jurisdiction.

AFFIRMED IN PART; VACATED IN PART AND REMANDED FOR RESENTENCING; DISMISSED IN PART FOR LACK OF JURISDICTION.

**MD Richard FRANKLIN,**
**Plaintiff–Appellant**

v.

**BURLINGTON NORTHERN SANTA**
**FE CORPORATION; et al,**
**Defendants**

**Burlington Northern & Santa Fe**
**Railway Company, Defendant–**
**Appellee.**

**MD Richard Franklin,**
**Plaintiff–Appellee**

v.

**Burlington Northern Santa**
**Fe Corporation; et al,**
**Defendants**

**Burlington Northern & Santa Fe**
**Railway Company, Defendant–**
**Appellant.**

Nos. 05–10467, 05–10602.

United States Court of Appeals,
Fifth Circuit.

Decided April 5, 2006.

Peter E. Ferraro, Frederick Joseph Castro, Ferraro Law Office, Austin, TX, for Plaintiff–Appellant.

Bryan Patrick Neal, Tamara Raquel Jones, Thompson & Knight, Dallas, TX, for Defendant–Appellee.

Before KING, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan GOMEZ–MORALES, also known**
**as Elias Ramirez–Morales, also**
**known as Juan Gonzalez–Morales, De-**
**fendant–Appellant.**

No. 05–40149.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 5, 2006.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.